```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                           HOUSTON DIVISION
```

United States Courts
Southern District of Texas
ENTERED
AUG - 4 2006
Michael N. Milby, Clerk of Court

| | |
|---|---|
| TOMMY L. GRANVILLE, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-03-3002 |
| § | |
| SUCKAFREE RECORDS, INC., § | |
| WESLEY ERIC WESTON p/k/a "LIL § | |
| FLIP," ESTELLE DOUGLAS HOBBS, § | |
| JR. a/k/a "HUMP," SONY BMG § | |
| MUSIC ENTERTAINMENT, INC. (as § | |
| successor in interest for Sony § | |
| Music), Individually and d/b/a § | |
| COLUMBIA RECORDS, LOUD RECORDS, § | |
| LLC, LUCKY PUBLISHING COMPANY, § | |
| and HOBBS PUBLISHING COMPANY, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

For the reasons set forth in the Memorandum and Order entered September 1, 2005, the Jury Verdict entered January 20, 2006, the Memorandum and Order entered June 28, 2006, and the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Tommy L. Granville, Jr. shall have and recover from Defendants Sony BMG Music Entertainment, Inc., Suckafree Records, Inc., and Wesley Eric Weston p/k/a "Lil Flip," jointly and severally, the sum of ONE HUNDRED FIFTY THOUSAND and NO/100 DOLLARS ($150,000.00), together with interest on all unpaid portions thereof from the date of this Final Judgment until paid at the rate of 5.17% per annum, compounded annually. It is further

ORDERED and ADJUDGED that the foregoing named Defendants, their officers, agents, servants, employees, attorneys, and all those acting in concert with them who receive actual notice of this Final Judgment, are ENJOINED from infringing Plaintiff's rights under federal copyright law in the following copyrighted work: "Welcome to Texas" (Disc 1), Track 4, on "The Works of Tomi Gran (Volume 2)" (the "Copyrighted Work") used in the song, "Texas Boyz," including without limitation by performing, manufacturing, selling, making available for internet download, or otherwise distributing the Copyrighted Work, except pursuant to a lawful license or the express authority of Plaintiff Tommy L. Granville, Jr. It is further

ORDERED and ADJUDGED that any other and further relief sought herein in counterclaims, cross claims, and in any other pleadings by any party against any other party and not expressly granted herein is DENIED.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing correct copies to all counsel of record.

SIGNED at Houston, Texas, on this 3rd day of August, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE